IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AUDRA GUNN                                                                                    PLAINTIFF

V.                          Case No. 3:10-cv-00035-DPM

SHERIFF DAN LANGSTON, in
his individual and official capacities,
GREENE COUNTY SHERIFF'S OFFICE, and
GREENE COUNTY                                                                           DEFENDANTS

ORDER

Defendants Sheriff Dan Langston and Greene County move to dismiss the Greene County Sheriff's Office as a defendant from this Section 1983 and Arkansas Civil Rights Act case. Plaintiff Audra Gunn responds that she has no objection. The Court therefore grants this unopposed motion.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 July 2010