# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

AUDRA GUNN                                         PLAINTIFF

v.                       No. 3:10-cv-35-DPM

SHERIFF DAN LANGSTON, in his individual
and official capacities; GREENE COUNTY
SHERIFF'S OFFICE; and GREENE COUNTY        DEFENDANTS

## JUDGMENT

The Court granted summary judgment some time ago on all Gunn's claims against all defendants except her retaliation claim against Greene County. *Document No. 39*. The parties tried the retaliation claim before a 12-person jury from 5 November 2012 to 7 November 2012. After deliberations, the jury returned the following verdict.

**Question No. 1:** Did Audra Gunn Eubanks reasonably believe that Deputy David Hampton's conduct after their breakup was sexual harassment?

                     ____ Yes    _X_ No

If you answered Question No. 1 "Yes," then answer the remaining questions. If you answered Question No. 1 "No," then your deliberations are done and the Foreperson should sign this form.

**Question No. 2:** Was Eubanks's report about Deputy Hampton's conduct a motivating factor in Sheriff Langston's decision to discharge her?

_____ Yes  _____ No

**Question No. 3:** Would Sheriff Langston have discharged Eubanks regardless of her report of sexual harassment?

_____ Yes  _____ No

**Question No. 4:** Was Eubanks's report about Deputy Hampton's conduct a determining factor in Sheriff Langston's decision to discharge her?

_____ Yes  _____ No

**Question No. 5:** This case involves an unsettled legal question that the Court will have to answer about Eubanks's entitlement to damages. You must therefore determine what damages as defined in Instruction 8, if any, Eubanks suffered from her discharge whether you conclude that retaliation was a motivating factor, a determining factor, or no factor in her discharge. Please list those amounts below.

  Wages & fringe benefits:  $_____

  Mental anguish, inconvenience,
  and other non-monetary loss: $_____

/s/ Wade Martin   11-7-12 – 1:47 p.m.
Foreperson     Date/Time

The Court enters judgment on the jury's verdict for Greene County against Audra Gunn, now Audra Gunn Eubanks, on the sole remaining claim of retaliation. Gunn's complaint is dismissed with prejudice.

          _____
          D.P. Marshall Jr.
          United States District Judge

          8 November 2012